UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD B. RABATIN,

                Plaintiff(s),          **ORDER**
                                                         CV 04-1174(SLT)(WDW)

    -against-

DENNIS M. CAVANAUGH, Individually and
as a Police Officer of the Riverhead Town Police
Department; and TOWN OF RIVERHEAD,

                Defendant(s).
-------------------------------------------------------------X

**WALL, Magistrate Judge:**

    Before the court is an application by the defendants for an *in camera* review of defendant Cavanaugh's personnel file, which the plaintiff has demanded in discovery. The undersigned has reviewed the file, and finds that none of the contents are relevant to the plaintiff's claims or relevant to the subject matter of the action and need not be produced. *See* Fed. R. Civ. P. 26 (b).

Dated:  Central Islip, New York            **SO ORDERED:**
        June 28, 2005

                                                              /s/ William D. Wall
                                                            WILLIAM D. WALL
                                                            United States Magistrate Judge